**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

ATLANTIC RECORDING CORPORATION, a
Delaware corporation; ELEKTRA
ENTERTAINMENT GROUP INC., a Delaware
corporation; PRIORITY RECORDS LLC, a
California limited liability company;
INTERSCOPE RECORDS, a California general
partnership; MOTOWN RECORD
COMPANY, L.P., a California limited
partnership; UMG RECORDINGS, INC., a
Delaware corporation; ARISTA RECORDS
LLC, a Delaware limited liability company; and
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership                                                    PLAINTIFFS

v.                                                          CIVIL ACTION NO. 3:07-cv-00128-DPJ-JCS

LINDA POWELL                                                                    DEFENDANT

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seventeen sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Twelve Thousand Seven Hundred Fifty Dollars ($12,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "No Matter What They Say," on album "The Notorious K.I.M.," by artist "Lil' Kim" (SR# 286-624);

66002.1

- "Why You Treat Me So Cold (feat. Lil' Wayne)," on album "Didn't See Me Coming," by artist "Keith Sweat" (SR# 293-086);
- "Express Yourself," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);
- "Amityville," on album "The Marshall Mathers LP," by artist "Eminem" (SR# 287-944);
- "Water Runs Dry," on album "II," by artist "Boyz II Men" (SR# 196-004);
- "Roni," on album "Don't Be Cruel," by artist "Bobby Brown" (SR# 93-332);
- "Don't Make Me Wait For Love," on album "Duotones," by artist "Kenny G" (SR# 79-028);
- "Red Light Special," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);
- "Set It Off," on album "Tha Last Meal," by artist "Snoop Dogg" (SR# 317-638);
- "Represent," on album "Illmatic," by artist "Nas" (SR# 207-177);
- "Song For Mama," on album "Evolution," by artist "Boyz II Men" (SR#240-08);
- "Every Time I Close My Eyes," on album "The Day," by artist "Babyface" (SR# 231-02);
- "Life We Chose," on album "Nastradamus," by artist "Nas" (SR# 276-13);
- "All About Our Love," on album "Lovers Rock," by artist "Sade" (SR# 298-35);
- "Un-Break My Heart," on album "Secrets," by artist "Toni Braxton" (SR# 233-89).
- "Let Me Blow Ya Mind," on album "Scorpion," by artist "Eve" (SR# 293-36).
- "Can U Help Me," on album "8701," by artist "Usher" (SR# 307-20).

66002.1        2

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**SO ORDERED AND ADJUDGED** this the 31th day of July, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

Submitted by:
s/ Heather White Martin
Heather White Martin (M.B. No. 101601)
Balch & Bingham L.L.P.
401 East Capitol Street, Suite 200
Jackson, Mississippi 39201-2608
Phone:  (601) 965-8174
Fax:  (866) 883-6419

66002.1         3